THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: February 22, 2015

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In Re:                                    Chapter 13 Bankruptcy Case
     GAIL ANN LUDKA

                                       Case No. 11-24035 - GMH
Soc. Sec. No. xxx-xx-4594
          xxx-xx-                         ORDER APPROVING TRUSTEE'S
                                          FINAL ACCOUNT

                                        CASE CONVERTED

_____

ORDER APPROVING TRUSTEE'S FINAL ACCOUNT,
DISCHARGING TRUSTEE, RELEASING BOND OF TRUSTEE
AND CONCLUDING THIS CHAPTER 13 ADMINISTRATION

_____

     The Trustee reported that she received $87960.50; that she disbursed said funds to creditors, the attorney for the debtor, the debtor, and the trustee; and that the case has been fully administered in accordance with the applicable provisions of Title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure.

     The debtor(s) converted this Chapter 13 Bankruptcy to a Chapter 7 Bankruptcy on December 29, 2014.

     NOW THEREFORE,

     IT IS ORDERED that the trustee's fees and expenses are allowed retroactively; that the Final Account is approved; that the trustee is discharged; that the trustee's bond is released; and that the Chapter 13 administration of this case is concluded.

                                  ########